# EXHIBIT 1

**Harris County Docket Sheet**

# 2017-13228

**COURT:** 061st
**FILED DATE:** 2/27/2017
**CASE TYPE:** Other Injury or Damage



### CHAVEZ, REYES MARTIN

Attorney: FARAH, GEORGE

### vs.

### ALABAMA METAL INDUSTRIES CORPORATION

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

2/25/2017 12:53:20 PM
Chris Daniel - District Clerk Harris County
Envelope No. 15530623
By: Bonisha Evans
Filed: 2/27/2017 12:00:00 AM

CAUSE NO. _____

| | | |
|---|---|---|
| REYES MARTIN CHAVEZ | § | |
| | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | HARRIS COUNTY TEXAS |
| ALABAMA METAL INDUSTRIES | § | |
| CORPORATION, and AUTOMATION | § | |
| TEMPORARY SERVICE | § | |
| | § | |
| | § | |
| *Defendant.* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes REYES MARTIN CHAVEZ, hereinafter referred to as "Plaintiff," complaining of and about AMACO KLEMP, AUTOMATION TEMPORARY SERVICE, and GALLAGHER BASSET SERVICES, INC, hereinafter referred to as "Defendants," and for cause of action would show unto the Court the following:

**I.**
## DISCOVERY CONTROL PLAN LEVEL

1.    Plaintiff intends that discovery be conducted under Discovery Level 2.

**II.**
## PARTIES AND SERVICE

2.    Plaintiff is a resident of Houston, Harris County, Texas.

3.    Defendant, ALABAMA METAL INDUSTRIES CORPORATION, is a foreign for-profit corporation who can be served through its registered agent, CT Corporation System at 1999 Bryan St., Suite 900, Dallas, TX 75201.

4.    Defendant, AUTOMATION TEMPORARY SERVICES, is a foreign for-profit corporation who can be served through its registered agent, CT Corporation System at 1999

Certified Document Number: 74014646 - Page 1 of 8

Bryan St., Suite 900, Dallas, TX 75201.

### III.
### JURISDICTION

5.      The subject matter in controversy is within the jurisdictional limits of this court.

6.      The Court has jurisdiction over the Defendant, ALABAMA METAL INDUSTRIES CORPORATION, because Defendant is a foreign for profit-company and amenable to service by a Texas Court.

7.      The Court has jurisdiction over the Defendant, AUTOMATION TEMPORARY SERVICES, because Defendant is a foreign for profit-company and amenable to service by a Texas Court.

### IV.
### VENUE

8.      Venue is proper in Harris County, Texas.  Specifically, venue is allowed in Harris County because all or a substantial part of the events and/or omissions occurred in Harris County, Texas.

### V.
### FACTS

9.      On or about October 24, 2015, Plaintiff sustained injuries to his right hand while in the course and scope of his employment with Defendants.

10.     On the date of the incident made basis this suit, Plaintiff had been assigned by his temporary employment agency, Defendant AUTOMATION TEMPORARY SERVICE (hereinafter Defendant "AUTOMATION") to perform duties for Defendant, ALABAMA METAL INDUSTRIES CORPORATION (hereinafter Defendant "AMICO") at Amico A Gibraltor Industries, Klemp Road, Dayton, TX 77001.

11.     Prior to the incident made the basis of this suit, Defendant AMICO began to

Certified Document Number: 74014646 - Page 2 of 8

outsource its metalwork and welding manufacturing to Defendant AUTOMATION.

12.    Defendant AUTOMATION had control over the Plaintiff, his assignment to AMICO, and Plaintiff was employed as a metalworker and welder for AMICO through AUTOMATION.

13.    Plaintiff received training, supervision, scope and assignment of job duties from Defendants. AMICO provided onsite job tools and equipment.

14.    Defendant AMICO failed to provide the necessary tools and equipment to safely perform the job tasks assigned to Plaintiff.

15.    Defendant AUTOMATION knew of Defendant AMICO's failure to provide the necessary tools and equipment to the temporary workers AUTOMATION contracted to AMICO.

16.    Plaintiff observed the unsafe workplace and conditions AMICO provided to welders and questioned other employees and AMICO's supervisor.

17.    Plaintiff learned from other workers and AMICO's supervisor that in order to perform the tasks assigned by AMICO he would have to create makeshift tools from scrap-metal around the jobsite.

18.    In order to meet the demands of AMICO, Plaintiff was instructed to weld pieces of scrap metal together to create a grip-like tool to move and reposition large metal plates for welding. This tool did not efficiently nor effectively perform the task, and welders would have to use their hands to make slight adjustments to the plates.

19.    Plaintiff was injured when he used his hand to reposition a metal plate at AMICO's worksite, under AMICO's direction and supervision.

## VI.
## NEGLIGENCE AGAINST DEFENDANTS

20.    Defendants had a duty to exercise the degree of care that a reasonably careful person

would use to avoid harm to others under circumstances similar to those described herein.

21.     Defendants had a duty to exercise reasonable care to avoid a foreseeable risk of injury to others.

22.     That on the occasion in question, Defendants were guilty of numerous acts and/or omissions of negligence including, but not limited to the following:

    A.     Failing to prevent injuries to Plaintiff when it reasonably appeared or should have appeared that in the exercise of his lawful rights, Plaintiff may be injured by a dangerous condition created by Defendants;

    B.     Failing to exercise reasonable care to avoid a foreseeable risk of injury to others;

    C.     Failing to take affirmative action to control or avoid increasing the danger from a condition that has been at least partially created by Defendants' conduct;

    D.     Failing to use ordinary care in in aiding or protecting Plaintiff from peril, when the peril was under Defendants' control.

23.     Defendants, AMICO and AUTOMATION had a duty to use ordinary care in providing a reasonably safe workplace.

24.     Defendants, AMICO and AUTOMATION had a duty to use ordinary care in establishing rules and regulations for an employee's safety when its business was complex or hazardous.

25.     Defendants, AMICO and AUTOMATION had a duty to use ordinary care in furnishing reasonably safe machinery or instrumentalities.

26.     Defendants, AMICO and AUTOMATION had a duty to use ordinary care in supervising its employees' activities.

27.     Defendants, AMICO and AUTOMATION had a duty to use ordinary care in

providing employees adequate help in the performance of work.

## VII.
## NEGLIGENT HIRING, SUPERVISION, TRAINING, OR RETENTION AGAINST DEFENDANTS AMICO and AUTOMATION

28.     Defendants AMICO and AUTOMATION had a duty to hire, supervise, train, or retain competent employees to avoid harm to others under circumstances similar to those described herein.

29.     Plaintiff's injuries were proximately caused by Defendants' negligence, carelessness and reckless disregard of said duty.

30.     Defendants' negligent, careless and reckless disregard of their duties consisted of, but is not limited to, the following acts and omissions:

> a.  Failure to use ordinary care in adequately supervising Defendants' employees;
>
> b.  Failure to adequately train Defendants' employees, including Plaintiff, to safely perform the tasks assigned;
>
> c.  Failure to stop risk that Defendants' employees posed to Plaintiff; and
>
> d.  Failure to remain knowledgeable about Defendants' employees' competence and fitness to perform tasks assigned to them.

## VIII.
## NEGLIGENCE PER SE

31.     Defendants AMICO and AUTOMATION failed to follow Occupational Safety and Health Administration ("OSHA") standards required for Personal Protective Equipment, 29 CFR 1910 Subpart I, *et seq*, and Welding, Cutting, and Brazing, 29 CFR 1910 Subpart Q, *et seq*.

32.     The failure to follow these safety regulations, designed specifically for the protection of employees such as Plaintiff, lead to Plaintiff's injury, one the OSHA statute was designed to prevent.

33.    Plaintiff will show Defendants' OSHA violation was willful and seeks the full civil penalty as provided under the statute.

34.    Holding the Defendants liable for their violation of this statute is a fair and workable ruling, as this statute was enacted with the direct intent to protect the class of workers Plaintiff is a part of, and to prevent the type of injury Plaintiff suffered.

## IX.
## PROXIMATE CAUSE

35.    Each and every, all and singular of the foregoing acts and omissions, on the part of Defendants, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## X.
## DAMAGES FOR PLAINTIFF

36.    As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendants' acts as described herein, Plaintiff was caused to suffer severe injuries, and to endure pain, mental anguish and illness resulting in damages more fully set forth below.

37.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has incurred the following damages:

A.    Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services;

B.    Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

C.    Physical pain and suffering in the past;

D.    Mental anguish in the past;

E.    Physical pain and suffering in the future;

F.      Mental anguish in the future;

G.      Physical impairment in the past;

H.      Physical impairment which, in all reasonable probability, will be suffered in the future;

I.      Loss of earnings in the past;

J.      Loss of earning capacity which will, in all probability, be incurred in the future;

K.      Disfigurement in the past; and

L.      Disfigurement, which will, in all probability, be incurred in the future.

38.     By reason of the above, Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000.00 for which he sues.

## XI.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, REYES MARTIN CHAVEZ respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

BY/s/ George K. Farah
**GEORGE K. FARAH**
**State Bar No.  24040882**
**NATHAN E. INURRIA**
**State Bar No.  24101953**
**GUERRA & FARAH, PLLC**
**4101 Washington Ave, 3rd Floor**
**Houston, TX 77007**

T:  (713) 529-6606
F:  (713) 529-6605
E: gkf@gflawoffices.com
E: nei@gflawoffices.com

*ATTORNEYS FOR PLAINTIFF*

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

Certified Document Number: 74014646 - Page 8 of 8



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2017

Certified Document Number:        74014646 Total Pages:  8

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/23/2017 5:30 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 15530623
By: EVANS, BONISHA E
Filed: 2/27/2017 12:00:00 AM

CIVIL CASE INFORMATION SHEET

2017-13228 / Court 061

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED Reyes Martin Chavez v. Alabama Metal Industries Corporation, and Automation Temporary Service
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** George K. Farah | **Email:** gkf@gflawoffices.com | **Plaintiff(s)/Petitioner(s):** Reyes Martin Chavez | ☒Attorney for Plaintiff/Petitioner ☐Pro Se Plaintiff/Petitioner ☐Title IV-D Agency ☐Other: |
| **Address:** 4101 Washington Ave.,3rd flo | **Telephone:** 713-529-6606 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** Houston TX 77007 | **Fax:** 713-529-6605 | **Defendant(s)/Respondent(s):** Alabama Metal Industries Corporation, and Automation Temporary Service | **Custodial Parent:** **Non-Custodial Parent:** |
| **Signature:** | **State Bar No:** 24040882 | *[Attach additional page as necessary to list all parties]* | **Presumed Father:** |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law |
|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** / **Post-judgment Actions (non-Title IV-D)** |

**Civil**

| Contract | Injury or Damage | Real Property |
|---|---|---|
| *Debt/Contract* ☐Consumer/DTPA ☐Debt/Contract ☐Fraud/Misrepresentation ☐Other Debt/Contract: | ☐Assault/Battery ☐Construction ☐Defamation *Malpractice* ☐Accounting ☐Legal ☐Medical ☐Other Professional Liability: | ☐Eminent Domain/ Condemnation ☐Partition ☐Quiet Title ☐Trespass to Try Title ☐Other Property: |
| *Foreclosure* ☐Home Equity—Expedited ☐Other Foreclosure ☐Franchise ☐Insurance ☐Landlord/Tenant ☐Non-Competition ☐Partnership ☐Other Contract: | ☒Motor Vehicle Accident *Product Liability* ☐Asbestos/Silica ☐Other Product Liability List Product: Baby food ☐Other Injury or Damage | **Related to Criminal Matters** ☐Expunction ☐Judgment Nisi ☒Non-Disclosure ☐Seizure/Forfeiture ☐Writ of Habeas Corpus— Pre-indictment ☐Other: |

*Premises* ☒ (marked under Injury or Damage)

**Family Law**

| Marriage Relationship | Other Family Law | Parent-Child Relationship |
|---|---|---|
| ☐Annulment ☐Declare Marriage Void *Divorce* ☐With Children ☐No Children | ☐Enforce Foreign Judgment ☐Habeas Corpus ☐Name Change ☐Protective Order ☐Removal of Disabilities of Minority ☐Other: | ☐Adoption/Adoption with Termination ☐Child Protection ☐Child Support ☐Custody or Visitation ☐Gestational Parenting ☐Grandparent Access ☐Parentage/Paternity ☐Termination of Parental Rights ☐Other Parent-Child: |

**Post-judgment Actions (non-Title IV-D)**
☐Enforcement
☐Modification—Custody
☐Modification—Other

**Title IV-D**
☐Enforcement/Modification
☐Paternity
☐Reciprocals (UIFSA)
☐Support Order

| Employment | Other Civil | |
|---|---|---|
| ☐Discrimination ☐Retaliation ☐Termination ☐Workers' Compensation ☐Other Employment: | ☐Administrative Appeal ☐Antitrust/Unfair Competition ☐Code Violations ☐Foreign Judgment ☐Intellectual Property | ☐Lawyer Discipline ☐Perpetuate Testimony ☐Securities/Stock ☐Tortious Interference ☐Other: |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐Tax Appraisal ☐Tax Delinquency ☐Other Tax | *Probate/Wills/Intestate Administration* ☐Dependent Administration ☐Independent Administration ☐Other Estate Proceedings | ☐Guardianship—Adult ☐Guardianship—Minor ☐Mental Health ☐Other: |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court ☐Arbitration-related ☐Attachment ☐Bill of Review ☐Certiorari ☐Class Action | ☐Declaratory Judgment ☐Garnishment ☐Interpleader ☐License ☐Mandamus ☐Post-judgment | ☐Prejudgment Remedy ☐Protective Order ☐Receiver ☐Sequestration ☐Temporary Restraining Order/Injunction ☐Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☒Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Rev 2/13



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2017

Certified Document Number:        74014647 Total Pages:  1

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2/24/2017 12:53:37 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 15530623
By: EVANS, BONISHA E
Filed: 2/27/2017 12:00:00 AM

**CIVIL PROCESS REQUEST**

## 2017-13228 / Court: 061

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____    CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): Plaintiff's Original Petition and Request for Disclosure and Citation

FILE DATE OF MOTION: 2/24/17 _____
                                   Month/     Day/     Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: ALABAMA METAL INDUSTRIES CORPORATION

   ADDRESS: 1999 Bryan St., Suite 900, Dallas, TX 75201

   AGENT, (if applicable): CT Corporation System

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP                    [ ] CONSTABLE
- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [ ] MAIL                                [✓] CERTIFIED MAIL
- [ ] PUBLICATION:
     Type of Publication:   [ ] COURTHOUSE DOOR, or
                            [ ] NEWSPAPER OF YOUR CHOICE: _____
- [✓] OTHER, explain  Please serve via certified mail by district clerk.

*********************************************************************************
****

2. NAME: AUTOMATION TEMPORARY SERVICES

   ADDRESS: 1999 Bryan St., Suite 900, Dallas, TX 75201

   AGENT, (if applicable): CT Corporation System

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP                    [ ] CONSTABLE
- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [ ] MAIL                                [✓] CERTIFIED MAIL
- [ ] PUBLICATION:
     Type of Publication:   [ ] COURTHOUSE DOOR, or
                            [ ] NEWSPAPER OF YOUR CHOICE: _____
- [✓] OTHER, explain  Please serve via certified mail by district clerk.

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME: George K. Farah                    TEXAS BAR NO./ID NO. 24082708

MAILING ADDRESS: 4101 Washington Ave., 3rd Floor Houston, TX 77007

PHONE NUMBER: 713 _____ 529-6606 _____   FAX NUMBER: 713 ____ 529-6607 ____
                area code    phone number                   area code    fax number

EMAIL ADDRESS: gkf@gflawoffices.com

Certified Document Number: 74014648 - Page 1 of 2

CIVIC108 Revised 9/3/99

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
ORDER TO: _____
(specify)

MOTION TO: _____
(specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Certified Document Number: 74014648 - Page 2 of 2

CIVC108 Revised 9/3/99



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2017

Certified Document Number:        74014648 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

7014 1370 0001 2031 5704

p.2

CAUSE NO.  201713228

RECEIPT NO.                           75.00      CTM
          **********                TR # 73347652

PLAINTIFF: CHAVEZ, REYES MARTIN                    In The   61st
          vs.                                      Judicial District Court
DEFENDANT: ALABAMA METAL INDUSTRIES CORPORATION    of Harris County, Texas
                                                   61ST DISTRICT COURT
                                                   Houston, TX

                          CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

                                                   **FILED**
                                                   Chris Daniel
                                                   District Clerk
TO: AUTOMATION TEMPORARY SERVICES (A FOREIGN FOR-PROFIT CORPORATION)
    BY SERVING THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM      MAR 03 2017

    1999 BRYAN ST SUITE 900  DALLAS TX 75201                    Time:_____
                                                               By_____
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION           Harris County, Texas
                                                                         Deputy

This instrument was filed on the 27th day of February, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 3rd day of March, 2017, under my hand and
seal of said Court.

Issued at request of:                              CHRIS DANIEL, District Clerk
FARAH, GEORGE                                      Harris County, Texas
4101 WASHINGTON AVE. 3RD FLOOR                     201 Caroline, Houston, Texas 77002
HOUSTON, TX 77007                                  (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 529-6606
Bar No.:  24040882                                 Generated By: DENMON, BRIANNA JANEL  3B5//10619860

                         CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____          _____
                                          ADDRESS

_____          Service was executed in accordance with Rule 106
(a)ADDRESSEE                                 (2) TRCP, upon the Defendant as evidenced by the
                                             return receipt incorporated herein and attached
                                             hereto at
_____
                                          on _____ day of _____, _____
                                          by U.S. Postal delivery to _____

                                          _____

                                          This citation was not executed for the following
                                          reason: _____

                                          _____

                                          CHRIS DANIEL, District Clerk
                                          Harris County, TEXAS

                                          By _____, Deputy

Certified Document Number: 74129861 - Page 1 of 2

CL.INT.CITM.P

*73347652*

*9x*

*1014 1370 0001 9031 5704*

CAUSE NO. 201713228

RECEIPT NO.              75.00     CTM

\*\*\*\*\*\*\*\*\*       TR # 73347652

| | |
|---|---|
| PLAINTIFF: CHAVEZ, REYES MARTIN<br>           vs.<br>DEFENDANT: ALABAMA METAL INDUSTRIES CORPORATION | In The    61st<br>Judicial District Court<br>of Harris County, Texas<br>61ST DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: AUTOMATION TEMPORARY SERVICES (A FOREIGN FOR-PROFIT CORPORATION)
BY SERVING THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM

   1999 BRYAN ST SUITE 900    DALLAS    TX   75201

   Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>27th day of February, 2017</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 3rd day of March, 2017, under my hand and
seal of said Court.



*Chris Daniel*

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

<u>Issued at request of:</u>
FARAH, GEORGE
4101 WASHINGTON AVE. 3RD FLOOR
HOUSTON, TX 77007
Tel: (713) 529-6606
<u>Bar No.:</u> 24040882

Generated By: DENMON, BRIANNA JANEL   3B5//10619860

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____ , and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

_____

(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
    (2) TRCP, upon the Defendant as evidenced by the
        return receipt incorporated herein and attached
        hereto at

on _____ day of _____ , _____
by U.S. Postal delivery to _____

_____

This citation was not executed for the following
reason: _____

_____

CHRIS DANIEL, District Clerk
Harris County, TEXAS

By _____ , Deputy

Certified Document Number: 74129861 - Page 2 of 2

N.INT.CITH.P

**73347652**



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2017

Certified Document Number:        74129861 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CAUSE NO. 201713228

RECEIPT NO.                           75.00        CTM
          **********          TR # 73347651

PLAINTIFF: CHAVEZ, REYES MARTIN                    In The  61st
          vs.                                      Judicial District Court
DEFENDANT: ALABAMA METAL INDUSTRIES CORPORATION    of Harris County, Texas
                                                   61ST DISTRICT COURT
                                                   Houston, TX

                    CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: ALABAMA METAL INDUSTRIES CORPORATION
    (A FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED THROUGH ITS REGISTERED AGENT
    CT CORPORATION SYSTEM

    1999 BRYAN ST SUITE 900    DALLAS TX 75201

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 27th day of February, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 3rd day of March, 2017, under my hand and
seal of said Court.

Issued at request of:                              CHRIS DANIEL, District Clerk
FARAH, GEORGE                                      Harris County, Texas
4101 WASHINGTON AVE. 3RD FLOOR                     201 Caroline, Houston, Texas 77002
HOUSTON, TX 77007                                  (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 529-6606
Bar No.: 24040882                                  Generated By: DENMON, BRIANNA JANEL  3B5//10619860

                    CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____          ADDRESS

_____          Service was executed in accordance with Rule 106
(a)ADDRESSEE                          (2) TRCP, upon the Defendant as evidenced by the
                                      return receipt incorporated herein and attached
                                      hereto at

                                  on _____ day of _____
                                  by U.S. Postal delivery to _____

                                  This citation was not executed for the following
                                  reason: _____
                                  _____

                                  CHRIS DANIEL, District Clerk
                                  Harris County, TEXAS

                                  By _____, Deputy

                    *73347651*

101G 1370 0001 5081

CAUSE NO. 201713228

RECEIPT NO.                          75.00        CTM
        *********                    TR # 73347651

PLAINTIFF: CHAVEZ, REYES MARTIN                          In The  61st
                vs.                                      Judicial District Court
DEFENDANT: ALABAMA METAL INDUSTRIES CORPORATION          of Harris County, Texas
                                                         61ST DISTRICT COURT
                                                         Houston, TX

                        CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: ALABAMA METAL INDUSTRIES CORPORATION
    (A FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED THROUGH ITS REGISTERED AGENT
CT CORPORTION SYSTEM

    1999 BRYAN ST SUITE 900  DALLAS TX 75201

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION


This instrument was filed on the 27th day of February, 2017, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 3rd day of March, 2017, under my hand and
seal of said Court.



Issued at request of:                        CHRIS DANIEL, District Clerk
FARAH, GEORGE                                Harris County, Texas
4101 WASHINGTON AVE. 3RD FLOOR               201 Caroline, Houston, Texas 77002
HOUSTON, TX 77007                            (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 529-6606
Bar No.: 24040882                            Generated By: DENMON, BRIANNA JANEL  3B5//10619860

_____

                        CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
 PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:


_____        ADDRESS

                                             Service was executed in accordance with Rule 106
_____            (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                                     return receipt incorporated herein and attached
                                                 hereto at

_____        _____
                                             on _____ day of _____, _____
                                             by U.S. Postal delivery to _____
                                             _____

                                             This citation was not executed for the following
                                             reason: _____
                                             _____

                                             CHRIS DANIEL, District Clerk
                                             Harris County, TEXAS

                                             By _____, Deputy


Certified Document Number: 74129862 - Page 2 of 2

CIT-INT.CITM.P

*73347651*



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2017

Certified Document Number:        74129862 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



Case #

2017-13228

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging



Certified Document Number: 74202068 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2017

Certified Document Number:        74202068 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

P2



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AUTOMATION TEMPORARY SERVICES C/O
CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TEXAS 75201

9590 9402 1973 6123 3717 22

2. Article Number (Transfer from service label)

7016 1370 0001 2031 5704

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  Chris Wells   C. Date of Delivery  MAR 1 0 2017

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2017-13228   6154

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 1973 6123 3717 22

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

2017 MAR 16 AM 6: 32

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

---

Case # 2017·13228

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 74302753 - Page 1 of 2



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALABAMA METAL INDUSTRIES CORPORATION
C/O CT CORPORATION SYSTEM
1999 BRYAN ST, SUITE 900
DALLAS, TEXAS 75201

9590 9402 1973 6123 3717 39

2. Article Number *(Transfer from service label)*

7016 1370 0001 2031 5698

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                        ☐ Agent
                                          ☐ Addressee

B. Received by *(Printed Name)*          Date of Delivery
Chris Wells                              MAR 1 0 2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No.

2017-13228  61st

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ d Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 1973 6123 3717 39

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2017 MAR 16  AM 6: 32



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   April 6, 2017

Certified Document Number:      74302753 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

4/3/2017 9:00:30 AM
Chris Daniel - District Clerk Harris County
Envelope No. 16218375
By: Bonnie Lugo
Filed: 4/3/2017 9:00:30 AM

NO. 2017-13228

| | | |
|---|---|---|
| REYES MARTIN CHAVEZ, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALABAMA METAL INDUSTRIES | § | |
| CORPORATION, and AUTOMATION | § | |
| TEMPORARY SERVICE, | § | |
| | § | |
| Defendants. | § | 61ST JUDICIAL DISTRICT |

## DEFENDANT ALABAMA METAL INDUSTRIES CORPORATION'S ORIGINAL ANSWER AND DEFENSES TO PLAINTIFF'S ORIGINAL PETITION

Defendant Alabama Metal Industries Corporation files its Original Answer and Defenses in response to Plaintiff's Original Petition as follows.

### I.
### GENERAL DENIAL

As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial of the matters pleaded by Plaintiff and requests that the Court require Plaintiff to prove his charges and allegations by a preponderance of the evidence or clear and convincing evidence as required by the Constitution and the laws of the State of Texas.

### II.
### AFFIRMATIVE AND OTHER DEFENSES

By way of further answer, and without limiting in any way its general denial, Defendant pleads the following defenses and reserves the right to supplement these pleadings with further applicable defenses as more facts become available.

**FIRST DEFENSE**

Defendant pleads that Plaintiff's Petition fails, in whole or in part, to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Defendant alternatively pleads that Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

**THIRD DEFENSE**

Defendant alternatively pleads that it is not liable, or has limited liability, for the conduct complained of by Plaintiff because Plaintiff's own actions caused or contributed to the alleged injury.

**FOURTH DEFENSE**

Defendant alternatively pleads that Plaintiff cannot support his negligence claims because he fails to establish an underlying duty that was breached by Defendant.

**FIFTH DEFENSE**

Defendant alternatively pleads that Plaintiff cannot support his negligence claims because he cannot establish that his alleged injuries were foreseeable by Defendant or that Defendant's actions or lack of action were the proximate cause of his injuries.

**SIXTH DEFENSE**

Defendant alternatively pleads that Plaintiff assumed the risk.

**SEVENTH DEFENSE**

Defendant alternatively pleads the defense of mitigation.

**EIGHTH DEFENSE**

Defendant alternatively pleads the defense of inferential-rebuttal.

## III.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Alabama Metal Industries Corporation prays that Plaintiff take nothing herein, and that Defendant has judgment for its costs and for such other and further relief, at law or in equity, to which it may be justly entitled.

Dated: April 3, 2017                                   Respectfully submitted,


                                                      /s/ Melissa J. Judd
                                                      Melissa J. Judd, Bar No. 24032945
                                                      mjudd@littler.com
                                                      LITTLER MENDELSON, P.C.
                                                      1301 McKinney Street, Suite 1900
                                                      Houston, Texas 77010
                                                      Telephone: (713) 951-9400
                                                      Facsimile:  (713) 951-9212

                                                      ATTORNEYS FOR DEFENDANT
                                                      ALABAMA METAL INDUSTRIES
                                                      CORPORATION

### CERTIFICATE OF SERVICE

I certify that on April 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

George K. Farah
Nathan E. Inurria
Guerra & Farah, PLLC
4101 Washington Avenue, 3rd Floor
Houston, Texas 77007
gkf@gflawoffices.com
nei@gflawoffices.com


                                                      /s/ Melissa J. Judd
                                                      Melissa J. Judd

3

2017-13228 / Court: 061

| | | |
|---|---|---|
| REYES MARTIN CHAVEZ | \| | IN THE DISTRICT COURT OF |
|     PLAINTIFF | \| | |
| VS. | \| | HARRIS COUNTY, TEXAS |
| ALABAMA METAL INDUSTRIES CORP | \| | |
| AUTOMATION TEMPORARY SERVICE | \| | 61ST JUDICIAL DISTRICT |

### DEFENDANT'S MOTION TO DISMISS AND ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES,** AUTOMATION PERSONNEL SERVICES INC., improperly identified by Plaintiff as AUTOMATION TEMPORARY SERVICE, and files this, its ORIGINAL ANSWER, subject to its MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION. "AUTOMATION" respectfully shows the Court as follows:

### MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

1:    **AUTOMATION PERSONNEL SERVICES,** is, and at all times pertinent to this claim, has been a subscriber to Workers' Compensation Insurance and at the time of the Plaintiff's injury, was covered by Zurich American Insurance Company.

2.    The Plaintiff, as correctly alleged, and now judicially admitted for purposes of this litigation, sustained his minor injury while within the course and scope of his employment with Automation.

3.    Following Plaintiff's minor injury, he was provided, and he accepted, workers' compensation benefits from Zurich American Insurance Company.

4.    Because Automation was, and is a subscriber to workers' compensation insurance, workers' compensation benefits are the Plaintiff's sole and exclusive remedy against Automation pursuant to Texas Labor Code Section 408.001 for a work-related injury sustained by an employee.

5.    Because this Court does not have jurisdiction to award damages of any kind to the Plaintiff and against Automation, as a result of injuries sustained by the Plaintiff while within the course

and scope of his employment, the Court must dismiss the Plaintiff's allegations against Automation.

## GENERAL DENIAL

6.      Subject to this Motion to Dismiss, Automation hereby enters a General Denial and demands strict proof of all allegations against Automation

## VERIFIED DENIAL

7.      Automation shows the Court that because the Plaintiff was employed at the time of his injury by a subscribing employer, he is not entitled to recover in the capacity in which he sues. Likewise, because Automation is, and at all times pertinent to this claim has been, a subscriber to Workers' Compensation Insurance, it is not liable to the Plaintiff in the capacity in which it has been sued. Automation is also not liable because it has been sued as Automation Temporary Services.

## WHEREFORE PREMISES CONSIDERED, AUTOMATION PERSONNEL SERVICES PRAYS:

A) That the Defendant's lawsuit against it be dismissed with prejudice for lack of subject matter jurisdiction;

B) That the Court deny the Plaintiff all relief and that he go hence without delay and take nothing;

C) That Automation be awarded all costs and attorney fees to which the Court may find it entitled.

## VERIFICATION

**BEFORE ME,** the undersigned authority, personally appeared Bernadette Klene, who made the following statements and swore that they were true:

**"My name is Bernadette Klene. I am over 18 years of age and am competent to make this affidavit. I have personal knowledge of the matters stated within this Answer. I have read the verified denials contained within this Original Answer and I verify by affidavit that it is true and correct."**

**Bernadette Klene**

SIGNED ON THIS _5ᵗʰ_ DAY OF APRIL 2017.



NOTARY PUBLIC
PRINTED NAME: _Heather Howard_
STATE OF TEXAS

Respectfully submitted,

**LEWIS & BACKHAUS, PC**
5501 LBJ Freeway Suite 800
Dallas, Texas 75240
(972) 233-8115 PHONE
(972) 692-5115 FAX

BY: _____
STEPHEN J. BACKHAUS
sjb@lbpcglobal.com
SBN: 01493100

## CERTIFICATE OF SERVICE

I certify that on this _6ᵀᴴ_ day of April 2017 I have sent a copy of this Original Answer to the person listed below by certified mail, return receipt requested, article number 7015 1520 0003 4642 4611.

Mr. George Farah
41101 Washington Ave, 3ʳᵈ Floor
Houston, Texas 77007

_____
Stephen J. Backhaus

Defendant's Motion to Dismiss and Original Answer                    Page 3 of 3

NO.  2017-13228

| | | |
|---|---|---|
| REYES MARTIN CHAVEZ, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALABAMA METAL INDUSTRIES | § | |
| CORPORATION, and AUTOMATION | § | |
| TEMPORARY SERVICE, | § | |
| | § | |
| Defendants. | § | 61ST JUDICIAL DISTRICT |

## DEFENDANT ALABAMA METAL INDUSTRIES CORPORATION'S FIRST AMENDED ANSWER AND DEFENSES TO PLAINTIFF'S ORIGINAL PETITION

Defendant Alabama Metal Industries Corporation files its First Amended Answer and Defenses in response to Plaintiff's Original Petition as follows.

### I.
### GENERAL DENIAL

As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial of the matters pleaded by Plaintiff and requests that the Court require Plaintiff to prove his charges and allegations by a preponderance of the evidence or clear and convincing evidence as required by the Constitution and the laws of the State of Texas.

### II.
### AFFIRMATIVE AND OTHER DEFENSES

By way of further answer, and without limiting in any way its general denial, Defendant pleads the following defenses and reserves the right to supplement these pleadings with further applicable defenses as more facts become available.

## FIRST DEFENSE

Defendant pleads that Plaintiff's Petition fails, in whole or in part, to state a claim upon which relief can be granted.

## SECOND DEFENSE

Defendant alternatively pleads that Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

## THIRD DEFENSE

Defendant alternatively pleads that it is not liable, or has limited liability, for the conduct complained of by Plaintiff because Plaintiff's own actions caused or contributed to the alleged injury.

## FOURTH DEFENSE

Defendant alternatively pleads that Plaintiff cannot support his negligence claims because he fails to establish an underlying duty that was breached by Defendant.

## FIFTH DEFENSE

Defendant alternatively pleads that Plaintiff cannot support his negligence claims because he cannot establish that his alleged injuries were foreseeable by Defendant or that Defendant's actions or lack of action were the proximate cause of his injuries.

## SIXTH DEFENSE

Defendant alternatively pleads that Plaintiff assumed the risk.

## SEVENTH DEFENSE

Defendant alternatively pleads the defense of mitigation.

## EIGHTH DEFENSE

Defendant alternatively pleads the defense of inferential-rebuttal.

**NINTH DEFENSE**

Defendant alternatively pleads that Plaintiff has failed to exhaust his administrative

remedies.

**TENTH DEFENSE**

Defendant alternatively pleads that Plaintiff's claims are barred by the exclusivity

provision under the Texas Workers' Compensation Act.

**III.**
**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant Alabama Metal Industries

Corporation prays that Plaintiff take nothing herein, and that Defendant has judgment for its

costs and for such other and further relief, at law or in equity, to which it may be justly entitled.

Dated: April 6, 2017                                    Respectfully submitted,


                                                        */s/ Melissa J. Judd*
                                                        Melissa J. Judd, Bar No. 24032945
                                                        mjudd@littler.com
                                                        LITTLER MENDELSON, P.C.
                                                        1301 McKinney Street, Suite 1900
                                                        Houston, Texas 77010
                                                        Telephone: (713) 951-9400
                                                        Facsimile:  (713) 951-9212

                                                        ATTORNEYS FOR DEFENDANT
                                                        ALABAMA METAL INDUSTRIES
                                                        CORPORATION

## CERTIFICATE OF SERVICE

I certify that on April 6, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

George K. Farah
Nathan E. Inurria
Guerra & Farah, PLLC
4101 Washington Avenue, 3rd Floor
Houston, Texas 77007
gkf@gflawoffices.com
nei@gflawoffices.com

Stephen J. Backhaus
Lewis & Backhaus, PC
5501 LBJ Freeway Suite 800
Dallas, Texas 75240
sjb@lbpcglobal.com

*/s/ Melissa J. Judd*
Melissa J. Judd

4